COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Felix Cuellar v. Central Mortgage Company

Appellate case number:   01-18-00405-CV

Trial court case number:   1109559

Trial court:     County Civil Court at Law No. 2 of Harris County

The court reporter advised this court that appellant had not requested or paid for the preparation of the reporter's record. On July 26, 2018, the court sent appellant a notice that the reporter's record was overdue and that the court reporter had filed a notice that the reporter's record was not filed because appellant either had not requested it or had not made arrangements to pay for it. We advised appellant that unless we received written proof by August 27, 2018 that appellant had made arrangements to pay for the reporter's record, we might require him to file a brief without a reporter's record. We received no response.

The clerk's record contains a statement of inability to afford court costs and there is no trial court order requiring payment. Therefore, appellant was not required to pay for the preparation of the reporter's record. *See* TEX. R. CIV. P. 145. However, appellant has not provided a response and the reporter's record has not been filed.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 30 days after the date of this order**.

Appellees' brief will be due within 30 days after appellants' brief has been filed.

It is so ORDERED.


Judge's signature: ____/s/ Jennifer Caughey_____
                    ☒ Acting individually     ☐ Acting for the Court

Date: ___November 15, 2018_____